JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL LIMON,<br>    Plaintiff,<br><br>        v.<br><br>CARPENTERS LOCAL UNION 721, et al.,<br>    Defendants. | CV 20-9089 DSF (MRWx)<br><br>JUDGMENT OF DISMISSAL |

    On January 11, 2021, the Court dismissed this case with leave to amend, but stayed the case until resolution of a related case, <u>Local 721 v. Phil Limon</u>, CV 18-8470 DSF (MRWx) (Fiduciary Duty Lawsuit). The January 11 Order stated that an amended complaint must be filed no later than 30 days after a judgment was entered in the Fiduciary Duty Lawsuit and that failure to file by that date would waive the right to do so.

    On April 14, 2023, the Court was advised that the Fiduciary Duty Lawsuit had been settled, <u>see</u> Fiduciary Duty Lawsuit, dkt. 152, and on May 17, 2023, a Judgment of Dismissal was entered, <u>id.</u> Dkt. 154. Thirty days have passed and no amended complaint has been filed.

    THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, and that the action be dismissed with prejudice.

Date:  July 24, 2023

                                                           *Dale S. Fischer*<br>
                                                           Dale S. Fischer<br>
                                                           United States District Judge